UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | )  CIVIL ACTION |
| Plaintiff-Intervener | )  No. 2:05-CV-199 (WOB) |
| | ) |
| TIM GUILFOILE, | ) |
| | ) |
| Plaintiff-Intervener | ) |
| v. | ) |
| | ) |
| SANITATION DISTRICT NO. 1 | ) |
| OF NORTHERN KENTUCKY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER ON MOTION TO ENTER AMENDED CONSENT DECREE**

THIS CAUSE came before the Court on the Motion of Plaintiffs United States of America and the Commonwealth of Kentucky for Entry of Amended Consent Decree, which was lodged with the Court on March 7, 2019 (Docket Entry No. 85). The Court has considered the Motion and the Memorandum in Support of the Motion, and being fully advised therefore in the premises, it is

ORDERED AND ADJUDGED that the Motion is well taken and granted. The Court hereby approves and will sign the Amended Consent Decree (p. 49).

SO ORDERED.